```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                       Case No. 10-cr-153-PB

Meghan Douillette

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2010, citing the need for additional time to negotiate a plea agreement or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from December 1, 2010 to February 1, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 19, 2010 final pretrial conference is continued to January 20, 2011 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 16, 2010

cc: R. Brian Snow, Esq.
 Robert J. Veiga, Esq.
 United States Probation
 United States Marshal