```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 10-cr-153-PB

**Megan Douillette**

        ]

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for February 1, 2011, citing the need for additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from February 1, 2011 to April 5, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A)

that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 20, 2011 final pretrial conference is continued to March 21, 2011 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 10, 2011

cc: R. Brian Snow, Esq.
Robert J. Veiga, Esq.
United States Probation
United States Marshal